IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CARL KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-15-50-D |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Charles B. Goodwin pursuant to 28 U.S.C. § 636(b)(1). Judge Goodwin finds the Commissioner's decision denying Plaintiff's application for disability insurance benefits should be affirmed pursuant to 42 U.S.C. § 405(g). Plaintiff, who is represented by counsel, has not filed a timely objection or requested additional time to object. Upon consideration, the Court finds Plaintiff has waived further judicial review.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 19] is adopted in its entirety. The Commissioner's decision is affirmed. Judgment shall be entered accordingly.

IT IS SO ORDERED this 24th day of March, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE